ACCEPTED
09-15-00356-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
9/14/2015 3:28:51 PM
CAROL ANNE HARLEY
CLERK

## NO. 09-15-00356-CV

### IN THE NINTH COURT OF APPEALS

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

9/14/2015 3:28:51 PM
CAROL ANNE HARLEY
Clerk

SANDEEP PATEL,
*Appellant*

v.

HARBOR HOSPICE OF BEAUMONT, LP, et al
*Appellee*

### ON APPEAL FROM THE
172ND JUDICIAL DISTRICT COURT, JEFFERSON COUNTY, TEXAS
NO. E-192,576

### DESIGNATION OF LEAD COUNSEL

Glen W. Morgan
State Bar No. 14438900
gmorgan@rmqlawfirm.com
John Werner
State Bar No. 00789720
jwerner@rmqlawfirm.com
REAUD MORGAN & QUINN, LLP
801 Laurel St.
Post Office Box 26005
Beaumont, Texas 77720-6005
409/838-1000 – Telephone
409/833-8236 – Facsimile


ATTORNEYS FOR APPELLEES
QAMAR ARFEEN, HARBOR HOSPICE
OF BEAUMONT, LP., HARBOR
HOSPICE MANAGERS, LLC AND
ARFEEN PROPERTIES, LLP

David Gaultney
MehaffyWeber, P.C.
State Bar No. 07765300
davidgaultney@mehaffyweber.com
823 Congress Avenue, Suite 200
Austin, Texas 78701
(512) 394-3840; Fax: (512) 394-3860

David E. Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Christine L. Stetson
State Bar No. 00785047
cstetson@bernsenlaw.com
420 North MLK, Jr. Pkwy
Beaumont, Texas 77701
409/212-9994 – Telephone
409/212-9411 – Facsimile

## Designation of Lead Counsel

Appellees, Qamar Arfeen, Harbor Hospice of Beaumont LP, Harbor Hospice Managers, LLC and Arfeen Properties, LLP, designate David Gaultney as their lead counsel on appeal.

1.     The following counsel were appellees' counsel in the trial court and will remain counsel for appellees in this appeal:

David E. Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Christine L. Stetson
State Bar No. 00785047
cstetson@bernsenlaw.com
420 North MLK, Jr. Pkwy
Beaumont, Texas 77701
409/212-9994 – Telephone
409/212-9411 – Facsimile

Glen W. Morgan
State Bar No. 14438900
gmorgan@rmqlawfirm.com
John Werner
State Bar No. 00789720
jwerner@rmqlawfirm.com
Reaud Morgan & Quinn, LLP
801 Laurel St.
Post Office Box 26005
Beaumont, Texas 77720-6005
409/838-1000 – Telephone
409/833-8236 – Facsimile

2.     Appellees, under Texas Rule of Appellate Procedure 6.1(c), designate David Gaultney as lead counsel for this appeal. The necessary information for David Gaultney is as follows:

> Texas Bar No. 07765300
> 823 Congress Avenue, Suite 200
> Austin, Texas 78701
> Telephone: 512-394-3840
> Facsimile: 512-394-3860
> Email: davidgaultney@mehaffyweber.com

3.     Appellees ask that the record reflect this designation and these appearances.

Respectfully submitted,

MEHAFFYWEBER, P.C.

By: */s/ David Gaultney*
David Gaultney
State Bar No. 07765300
davidgaultney@mehaffyweber.com
MehaffyWeber, P.C.
823 Congress Avenue, Suite 200
Austin, Texas 78701
Phone: (512) 394-3840
Fax: (512) 394-3860

By: */s/   Christine L. Stetson*
David E. Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Christine L. Stetson
State Bar No. 00785047
cstetson@bernsenlaw.com
420 North MLK, Jr. Pkwy
Beaumont, Texas 77701

3

409/212-9994 – Telephone
409/212-9411 – Facsimile

By: */s/   John Werner*
Glen W. Morgan
State Bar No. 14438900
gmorgan@rmqlawfirm.com
John Werner
State Bar No. 00789720
jwerner@rmqlawfirm.com
Reaud Morgan & Quinn, LLP
801 Laurel St.
Post Office Box 26005
Beaumont, Texas 77720-6005
409/838-1000 – Telephone
409/833-8236 – Facsimile

QAMAR ARFEEN, HARBOR HOSPICE
OF BEAUMONT, LP., HARBOR
HOSPICE MANAGERS, LLC AND
ARFEEN PROPERTIES, LLP

4

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of this document has been forwarded to the following counsel of record via electronic filing manager and e-mail on September 14, 2015.

Christopher Portner
Trent Bond
Portner Bond
1905 Calder
Beaumont, TX 77701

Jamie Matuska
The Matuska Law Firm
2809 Highway 69N
Nederland, Texas 77627

Mike Truncale
ORGAIN, BELL & TUCKER
470 Orleans
Beaumont, TX 77701

Tony Malley
Malley Law Firm
2626 Calder Street, Suite 104
Beaumont, TX 77702

ATTORNEYS FOR APPELLANT,
SANDEEP PATEL


*/s/ David Gaultney*